

**IN THE**
**TENTH COURT OF APPEALS**

————————

**No. 10-17-00223-CR**

**IN RE CRAIG MACK**

————————

**Original Proceeding**

————————

**MEMORANDUM OPINION**

————————

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Petition denied
Opinion delivered and filed July 26, 2017
Do not publish
[OT06]

